UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OZHAWAASKOO GIISHIG,
a/k/a GUY GREENE,					Civil No. 10-3607 MJD/AJB

    Plaintiff,

v.							O R D E R

UNITED STATES DEPARTMENT OF
HEALTH & HUMAN SERVICES
KATHLEEN SIBELIUS, UNITED STATES
DEPARTMENT OF THE INTERIOR
KEN SALAZAR, and UNITED STATES
DEPARTMENT OF JUSTICE
ERIC HOLDER,

    Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated September 2, 2010, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is **DENIED**;

2. Plaintiff's motion for appointment of counsel, (Docket No. 3), is **DENIED**; and

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED: October 7, 2010.

                        s/Michael J. Davis
                        Chief Judge, Michael J. Davis
                        U. S. District Court